Elizabeth Schaffner, Administratrix of Estate of Frank Schaffner, Deceased, Appellant, v. B. and W. Auto Sales Company et al., Defendants. B. and W. Auto Sales Company, Appellee.

Gen. No. 42,279.

Heard in the second division, first district, this court at the June term, 1942; opinion filed February 10, 1944. Joseph Barbera and Felix Silverstein, for appellant; Miller, Gorham, Wescott & Adams, for appellee; Edward R. Adams and William Simon, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.